IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| GABE HERNANDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | NO. CIV 09-491 LH/GBW |
| LAS CRUCES SUN NEWS, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

On the date below the Court considered Plaintiff's Motion to Dismiss. The Court finds that the Motion should be granted. It is therefore

ORDERED ADJUDGED and DECREED that all matters in dispute between the Parties have been resolved, settled, and compromised and that the Parties no longer desire to pursue their respective claims. It is further

ORDERED, ADJUDGED and DECREED that the claims of Plaintiff arising from the facts which are the subject of this suit, whether asserted in this suit or not, against Defendants are dismissed. Each party is to bear its own costs.

_____
Senior United States District Judge

APPROVED AS TO FORM:

_____
**TIMOTHY L. WHITE**
Attorney for Plaintiff